COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Honorable Lonnie Cox

Appellate case number:   01-15-00797-CV

Trial court case number:  15CV0583

Trial court:                    56th District Court of Galveston County


On September 17, 2015, relator, the Honorable Lonnie Cox, filed a petition for a writ of injunction and emergency request for temporary relief in this Court. The Court requests a response to the petition for a writ of injunction and emergency request for temporary relief from respondents. The response is due no later than **Wednesday, September 23, 2015.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                              ☒ Acting individually    ☐ Acting for the Court

Date: September 17, 2015